UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANIEL THOMAS HARVEY, | ) | |
| Petitioner, | ) | 3:07-cv-00114-JCM-VPC |
| vs. | ) | **ORDER** |
| GEORGE J. CHANOS, *et al.*, | ) | |
| Respondents. | ) | |

On November 20, 2008, the court entered an order dismissing the habeas corpus petition in this case (docket #16). Judgment was entered on the same day (docket #17).

Subsequently, petitioner filed a notice of appeal (docket #18). Petitioner has not filed a motion for certificate of appealability, and the matter is stalled. Thus, the court will *sua sponte* address the issue to allow the court of appeals to proceed on the matter.

**Certificate of Appealability**

In order to proceed with his appeal, petitioner must receive a certificate of appealability. 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22; 9th Cir. R. 22-1; *Allen v. Ornoski,* 435 F.3d 946, 950-951 (9th Cir. 2006); s*ee also United States v. Mikels*, 236 F.3d 550, 551-52 (9th Cir. 2001). Generally, a petitioner must make "a substantial showing of the denial of a constitutional right" to warrant a certificate of appealability. *Id.;* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529

U.S. 473, 483-84 (2000). "The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Id.* (*quoting Slack*, 529 U.S. at 484). In order to meet this threshold inquiry, the petitioner has the burden of demonstrating that the issues are debatable among jurists of reason; that a court could resolve the issues differently; or that the questions are adequate to deserve encouragement to proceed further. *Id.*

This court has considered the issues raised by petitioner, with respect to whether they satisfy the standard for issuance of a certificate of appealability, and determines that none meet that standard. The court will therefore deny petitioner a certificate of appealability.

**IT IS THEREFORE ORDERED** petitioner shall not be granted a certificate of appealability.

Dated this  7th  day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE